# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY FRANCIS GEPSON,
Appellant,
vs.
OFFENDER MANAGEMENT DIVISION;
AND THE STATE OF NEVADA,
Respondents.

No. 76721

FILED

SEP 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus challenging the computation of time served.[1] First Judicial District Court, Carson City; James Todd Russell, Judge.

Appellant argues that NDOC failed to properly apply work and educational credits. Based on our review of the record, we conclude that appellant has not demonstrated that he is entitled to any additional credits. NRS 209.4465(2). Further, as noted by the district court, monetary damages are not available in a habeas proceeding. Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, Sr. J.
Douglas

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response from the State is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

[2]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.

19-38150

cc: Hon. James Todd Russell, District Judge
Larry Francis Gepson
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A